January 16, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

CAFFE RIBS, INC., A UTAH CORPORATION, Appellant

NO. 14-12-00401-CV                 V.

THE STATE OF TEXAS, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, The State of Texas, signed January 23, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Caffe Ribs, Inc., a Utah Corporation, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.